# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:04CV242

| | |
|---|---|
| SUSAN BROSSA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROYAL AND SUNALLIANCE, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Amend Scheduling Order," filed June 8, 2005. In this Motion, the parties ask the Court to extend the discovery deadline by sixty days and adjust the deadlines for mediation and filing of dispositive motions accordingly.

For good cause shown and with the consent of both parties, the Court will grant the "Joint Motion to Amend Scheduling Order." The discovery deadline is hereby extended by sixty (60) days, to and including August 30, 2005. As noted in the Pretrial Order and Case Management Plan, mediation is to commence no later than after the completion of discovery. Moreover, all motions except motions in limine and motions to continue shall be filed no later than thirty (30) days after the close of discovery. Except as amended herein, the Pretrial Order and Case Management Plan shall remain in full force and effect.

**SO ORDERED.**

**Signed: June 13, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge