IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

RECEIVED
CHARLOTTE, N.C.
AUG 24 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

| | |
|---|---|
| SUSAN BROSSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:3:04 CV 242 |
| | ) |
| ROYAL AND SUNALLIANCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court on the Parties Joint Motion to Amend Scheduling Order.

For good cause shown, the Parties' Motion is GRANTED. The discovery deadline in this case is extended until October 30, 2005. The deadlines for filing of Motions and for ADR, both of which are predicated on the date discovery closes, are to be adjusted accordingly.

SO ORDERED this 30th day of August 2005.

*Carl Horn, III*

CARL HORN, III
U.S. Magistrate Judge